# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-2480
_____

KENDRICK JAMAR WASHINGTON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Prohibition—Original Proceedings.

December 4, 2025

PER CURIAM.

DISMISSED.

ROWE, BILBREY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kendrick Jamar Washington, pro se, Petitioner.

No appearance for Respondent.